| | | |
|---|---|---|
| 10645 | State v. Pace | Dismissed |
| 10663 | Barkhorn v. Barkhorn | Dismissed |

### April 26, 1999
| | | |
|---|---|---|
| 21831 | State v. Rodrigues | Affirmed |

### April 28, 1999
| | | |
|---|---|---|
| 21585 | State v. Lu | Affirmed |

### April 29, 1999
| | | |
|---|---|---|
| 21846 | Borengasser v. State, Dept. of Public Safety | Affirmed |
| 21590 | State v. Hultsman | Affirmed |
| 21598 | State v. Pagaduan | Affirmed |
| 21458 | State v. Raines | Affirmed |

### May, 12, 1999
| | | |
|---|---|---|
| 21763 | State v. Mills | Affirmed |

### May, 19, 1999
| | | |
|---|---|---|
| 21783, 21784 | Doe, In re | Affirmed |

### May, 27, 1999
| | | |
|---|---|---|
| 21857 | State v. Nguyen | Affirmed |
| 21700 | State v. Padron | Affirmed |

### May, 28, 1999
| | | |
|---|---|---|
| 21887 | State v. Campos | Affirmed |

### June 9, 1999
| | | |
|---|---|---|
| 21704 | State v. Morrow | Vacated |

### June 17, 1999
| | | |
|---|---|---|
| 22135 | GTE Hawaiian Telephone Co. Inc. v. Department of Finance, County of Maui | Affirmed |

### June 23, 1999
| | | |
|---|---|---|
| 21842 | State v. Davis | Affirmed |

### June 24, 1999
| | | |
|---|---|---|
| 21455 | Clark v. State | Affirmed |
| 21980 | State v. Niheu | Affirmed |